Determination [Ramon Bayron] unanimously confirmed and the petition dismissed, without costs and without disbursements.

Determination [Roberto Bayron] unanimously confirmed and the petition dismissed, without costs and without disbursements.

THE PEOPLE OF THE STATE OF NEW YORK v. PETER BUTLER.—

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.

## SECOND DEPARTMENT, OCTOBER, 1967

## (October 2, 1967)

In the Matter of SYLVESTER W. DEL BELLO, an Attorney, Respondent. WESTCHESTER COUNTY BAR ASSOCIATION, Petitioner

Beldock, P. J., Christ, Hopkins, Benjamin and Munder, JJ., concur.